# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re:

BARFLY VENTURES, LLC, *et al*,[1]

        Debtors.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of their Chapter 11 Cases and (II) Granting Related Relief* (the "Motion") of the above-captioned debtors (collectively, the "Debtors") for the entry of an order directing the joint administration of these chapter 11 cases and granting related relief; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these proceedings is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice

---

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

of the Motion and opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and a video conference having been held on June 8, 2020; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. The Motion is granted.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 20-01947-jwb in accordance with Bankruptcy Rule 1015(b).

3. The caption of the jointly administered cases will read as follows:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

BARFLY VENTURES, LLC, *et al*[1]

      Debtor.

_____/

Chapter 11
Case No. 20-01947-jwb
Hon. James W. Boyd

*Jointly Administered*

[1] The Debtors are: Barfly Ventures, LLC (8379), Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat)(1129), 50 Amp Fuse, LLC (d/b/a Stella's Lounge)(3684), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company)(2130), E L Brewpub, LLC (d/b/a HopCat East Lansing)(5334), HopCat-Ann Arbor, LLC (5229), HopCat-Chicago, LLC (7552), HopCat-Concessions, LLC (2597), HopCat-Detroit, LLC (8519), HopCat-GR Beltline, LLC (9149), HopCat-Holland, LLC (7132), HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple)(7970), HopCat-Kalamazoo, LLC (8992), HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat)(6242), HopCat-Lexington, LLC (6748), HopCat-Lincoln, LLC (2999), HopCat-Louisville, LLC (0252), HopCat-Madison, LLC (9108), HopCat-Minneapolis, LLC (8622), HopCat-Port St. Lucie, LLC (0616), HopCat-Royal Oak, LLC (1935), HopCat-St. Louis, LLC (6994), Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon)(4255).

4. The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code.

5. A docket entry will be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Barfly Ventures, LLC, Barfly Management, LLC (6274), 9 Volt, LLC (d/b/a HopCat), 50 Amp Fuse, LLC (d/b/a Stella's Lounge), GRBC Holdings, LLC (d/b/a Grand Rapids Brewing Company), E L Brewpub, LLC (d/b/a HopCat East Lansing), HopCat-Ann Arbor, LLC, HopCat-Chicago, LLC, HopCat-Concessions, LLC, HopCat-Detroit, LLC, HopCat-GR Beltline, LLC, HopCat-Holland, LLC, HopCat-Indianapolis, LLC (d/b/a HopCat-Broad Ripple), HopCat-Kalamazoo, LLC, HopCat-Kansas City, LLC (d/b/a HopCat,-KC, LLC and Tikicat), HopCat-Lexington, LLC, HopCat-Lincoln, LLC, HopCat-Louisville, LLC, HopCat-Madison, LLC, HopCat-Minneapolis, LLC, HopCat-Port St. Lucie, LLC, HopCat-Royal Oak, LLC, HopCat-St. Louis, LLC, Luck of the Irish, LLC (d/b/a The Waldron Public House, LLC and McFadden's Restaurant Saloon). The docket for Barfly Ventures, LLC, Case No. 20-01947-jwb, should be consulted for all matters affecting these cases.

6. The Debtors must maintain, and the Clerk of the United States Bankruptcy Court for the Western District of Michigan must keep, one consolidated docket, on file, and one consolidated service list.

7. A creditor filing a proof of claim against any of the Debtors or their respective estates should file that proof of claim only in the particular chapter 11 case of the Debtor against whom such claim is asserted (or, for claims against more than one Debtor, in each of the chapter 11 cases of the Debtors against whom the claim is/are asserted).

8. Nothing contained in the Motion or this Order may be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 cases.

9. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062 or 9014, the terms and conditions of this Order is immediately effective and enforceable upon its entry.

11. The relief granted herein will be binding upon any chapter 11 trustee appointed in these chapter 11 cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these chapter 11 cases to cases under chapter 7

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF ORDER**

*Order prepared and submitted by:*

WARNER NORCROSS + JUDD LLP
Elisabeth M. Von Eitzen (P70183)
1500 Warner Building
150 Ottawa Avenue, NW
Telephone: (616) 752-2418
Facsimile: (616) 222-2418
evoneitzen@wnj.com
*Proposed Counsel for Debtor*
20244537-1

**IT IS SO ORDERED.**

**Dated June 9, 2020**

James W. Boyd
United States Bankruptcy Judge